IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV31 |
| | ) | |
| V. | ) | |
| | ) | |
| MASTERCARD TECHNOLOGIES, LLC, and MASTERCARD INTERNATIONAL, Incorporated, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants have moved to stay consideration of Plaintiff's pending motion to compel. Defendants assert that Plaintiff did not renew its discovery requests as previously ordered, and that counsel did not meet and confer in advance of filing the motion to compel. Moreover, Defendants claim that a number of the discovery issues raised in Plaintiff's motion can likely be resolved by the parties without this Court's involvement.

Having considered the matter,

**IT IS ORDERED** as follows:

1. Defendants' Motion to Stay Consideration of Plaintiff's Discovery Motion (filing 139) is granted.

2. Plaintiff shall renew and/or revise the subject discovery requests by April 27, 2015.

3. Within five days of receipt of the renewed/revised discovery requests, the parties shall confer in an effort to resolve any objections to the requests.

4. Plaintiff's motion to compel (filing 133) is denied without prejudice to reassertion following completion of the meet and confer requirement set forth above. In the event Plaintiff renews its motion to compel, Defendants shall respond to the renewed motion within seven days of its filing.

**DATED April 21, 2015.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge