IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACI WORLDWIDE CORP., ) | |
| ) | |
| Plaintiff, ) | 8:14CV31 |
| ) | |
| V. ) | |
| ) | |
| MASTERCARD TECHNOLOGIES, ) | ORDER |
| LLC, and MASTERCARD ) | |
| INTERNATIONAL, Incorporated, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Defendants have moved to stay the undersigned's August 31, 2015 Order (filing 181). Defendants believe a stay is necessary so that the Court may resolve their objections raised in response to the Order. The motion to stay (filing 186) is granted.

    Yesterday, counsel for Plaintiff sent the undersigned a letter requesting a scheduling conference for purposes of revising case progression deadlines. The letter did not indicate whether the parties have met and conferred in an effort to establish mutually acceptable deadlines. Therefore, the undersigned declines Plaintiff's request for a planning conference at this time. The undersigned agrees that deadline extensions are likely necessary, but it is up to the parties to attempt to resolve these issues on their own before seeking Court involvement. If the parties cannot agree to appropriate extension deadlines, formal motions for extensions of time can be filed. However, any such motion must include proposed deadlines and a statement that the parties have met and conferred.

    **IT IS SO ORDERED.**

    DATED September 10, 2015.

                                            **BY THE COURT:**

                                            **S/ F.A. Gossett**
                                            **United States Magistrate Judge**