## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV31 |
| | ) | |
| V. | ) | |
| | ) | |
| MASTERCARD TECHNOLOGIES, | ) | ORDER |
| LLC, and MASTERCARD | ) | |
| INTERNATIONAL, Incorporated, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Baldwin, Hackett & Meeks, Inc. ("BHMI"), a non-party to this action, has filed a motion requesting that the undersigned stay the order (filing 290) entered on January 19, 2016. That order modified the protective order in this case to allow Plaintiff to request *in camera* review by the state court judge of certain documents produced in this case. The order did not grant Plaintiff the absolute right to introduce the documents into evidence in the state court case, nor did it infringe upon orders entered by the state court judge. All the order did was allow for *in camera* review of the documents by the state court judge at that judge's discretion.

The undersigned has no intention of modifying this ruling. However, the ruling *may* be one subject to review. Therefore, the undersigned will grant the stay in order to allow BHMI an opportunity to object. However, BHMI is advised that any objection should be filed promptly.

**IT IS ORDERED** that BHMI's Motion to Stay (filing 295) is granted.

**DATED January 21, 2016.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge