# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ACI WORLDWIDE CORP., | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 8:14CV31 |
| | ) | |
| V. | ) | |
| | ) | |
| MASTERCARD TECHNOLOGIES, LLC, and MASTERCARD INTERNATIONAL, Incorporated, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Samir Mehta has moved to withdraw as counsel for Defendants in this matter. (Filing 305.) Upon the representation that Defendants will continue to be represented in this matter, the motion will be granted.

**IT IS ORDERED** that Samir Mehta's Motion for Leave to Withdraw (filing 305) is granted. The Clerk of Court shall terminate Samir Mehta's appearance as counsel for Defendants and cease further notices to him in this matter.

**DATED February 3, 2016.**

> BY THE COURT:
>
> S/ F.A. Gossett
> **United States Magistrate Judge**