# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ACI WORLDWIDE CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV31** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MASTERCARD TECHNOLOGIES,** | ) | **ORDER** |
| **LLC, and MASTERCARD** | ) | |
| **INTERNATIONAL, Incorporated,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the Court on Defendants' Motion for Partial Reconsideration (filing 249). The motion will be denied.

## DISCUSSION

Defendants request that the Court reconsider its December 4, 2015 order which denied Defendants' request for a source code protective order (filing 244). Defendants maintain that the Court's order did not address Defendants' alternative request that the current protective order be modified to include source code specific protections. Defendants claim that the protections specific to source code that are not in the current protective order include: (1) a definition of source code; (2) restrictions on how and where source code may be uploaded and viewed, including a requirement that it be installed on a non-networked computer; (3) restrictions on copying; (4) restrictions on printing; and (5) a prosecution bar.

The Court is of the opinion that the current protective order provides sufficient protection for source code. Still, if the parties were to agree that additional provisions are necessary in light of the current state of discovery, the Court would, at that time, entertain the inclusion of additional provisions. However, without such an agreement, the Court is unwilling to revisit its previous decision denying Defendants' request for a source code protective order, as the Court believes the current order provides generous protection.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Partial Reconsideration (filing 249) is denied.

**DATED February 16, 2016.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett**
                                        **United States Magistrate Judge**