IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV31 |
| | ) | |
| V. | ) | |
| | ) | |
| MASTERCARD TECHNOLOGIES, LLC, and MASTERCARD INTERNATIONAL, Incorporated, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

On January 20, 2016, Plaintiff filed a motion to compel subpoena to non-party, BHMI. ([Filing 292](#).) Plaintiff anticipates that BHMI will file a motion to quash the subpoena. Therefore, Plaintiff now requests that the Court consider the motion to compel and anticipated motion to quash together, and that the Court set a briefing schedule to govern the matter. ([Filing 316](#).)

The Court declines Plaintiff's request. If a motion to quash were actually on file, the Court would most likely consider the motions together. However, such a motion is not on file and Plaintiff has not cited any authority for the proposition that the Court can force a non-party to file a motion so that a consolidated ruling can be made regarding a matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for a Consolidated Ruling Regarding MasterCard's and BHMI's Objections to the BHMI Subpoena and to Set Briefing Schedule ([filing 316](#)) is denied.

**DATED February 25, 2016.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge