# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACI WORLDWIDE CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 8:14CV31 ) |
| MASTERCARD TECHNOLOGIES, LLC and MASTERCARD INTERNATIONAL INCORPORATED, | ) ORDER ) ) ) ) ) |
| Defendants. | ) ) |

This court's order dated July 1, 2016 (Filing No. 381) granted nonparty Baldwin Hackett & Meeks, Inc. ("BHMI") a reasonable amount of attorney's fees incurred in filing its motion to quash deposition subpoenas (Filing No. 323), pursuant to Fed. R. Civ. P. 45(d)(1). ACI Worldwide Corp. and BHMI met and conferred and filed a Stipulation Regarding Attorney's Fees (Filing No. 396), as ordered by this court. The court has reviewed the stipulation and finds the stipulated amount of $9,500.00 for attorney's fees is reasonable. Accordingly,

**IT IS ORDERED:**

1. The Stipulation Regarding Attorney's Fees (Filing No. 396) is granted.

2. ACI shall submit payment to BHMI in the amount of $9,500.00 via check payable to the order of BHMI and delivered to counsel for BHMI within thirty days of the date of this Order.

**DATED:** July 20, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**