# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACI WORLDWIDE CORP., | ) |
| Plaintiff, | ) |
| v. | ) 8:14CV31 |
| MASTERCARD TECHNOLOGIES, LLC and MASTERCARD INTERNATIONAL INCORPORATED, | ) ORDER |
| Defendants. | ) |

This matter is before the court on Plaintiff's motion for leave (Filing No. 405) to file a sur-reply brief in opposition to Defendants' Motion for Summary Judgment (Filing No. 374). Defendants filed a brief (Filing No. 406) opposing the motion.

This court's local rules provide, "No party may file further briefs or evidence [after the moving party files a reply brief] without the court's leave." NECivR 7.1(c). Plaintiff asserts its proposed sur-reply brief identifies and corrects "several new and incorrect assertions" in Defendants' reply brief (Filing No. 404) which will provide the court with a full and accurate record. (Filing No. 405 at p. 1). However, as Defendants have pointed out in their brief opposing this motion, each issue addressed in Plaintiff's proposed sur-reply was raised in Defendants' initial brief (Filing No. 375) in support of the motion for summary judgment. Plaintiff's proposed sur-reply brief appears to be a restatement of its arguments in its brief in opposition (Filing No. 390). Accordingly,

**IT IS ORDERED:** Plaintiff's Motion for Leave to File Sur-Reply Brief in Opposition to Defendants' Motion for Summary Judgment (Filing No. 405) is denied.

DATED: August 12, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**