IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:14CV31 |
| | ) | |
| vs. | ) | |
| | ) | |
| MASTERCARD TECHNOLOGIES, LLC and MASTERCARD INTERNATIONAL INCORPORATED, | ) ) ) | ORDER AMENDING DEADLINES |
| | ) | |
| Defendants. | ) | |

This case is before the court on the Unopposed Motion for Extension of Certain Scheduling Deadlines (#446). For good cause shown the motion is granted, and deadlines in the Court's Sixth Amended Order (#322) are extended as follows:

**IT IS ORDERED:**

1. **Motions for Summary Judgment.** Motions for summary judgment shall be filed not later than **January 20, 2017.** *See* NeCivR 56.1 and 7.0.1.

2. **Discovery Deadlines.**

    (b) **Expert Deposition Deadline.** All expert depositions, whether or not they are intended to be used at trial, shall be completed by **December 30, 2016.**

3. **Disclosure of Expert Witnesses.**

    If necessary to refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or cross-claimant may disclose additional expert witnesses not later than **November 28, 2016,** provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. Rule 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of depositions. Supplementation of these disclosures, if originally made prior to these deadlines, shall be

made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e).  The testimony of the expert at trial shall be limited to the information disclosed in accordance with this paragraph.

4.  ACI Worldwide's deadline to serve any damages supplementation expert report shall be extended if and only if MasterCard does not produce the transaction-volume information by Friday, November 4, 2016, and then only by a period corresponding to the period between Friday, November 4, 2016, and the date on which MasterCard produces such information to ACI Worldwide.

5.  All other deadlines in the in Court's Sixth Amended Order Setting Final Progression of Case (#322) remain unchanged.

Dated this 1st day of November 2016.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge